Case 1:14-cv-03002-WJM   Document 27   Filed 08/05/15   USDC Colorado   Page 1 of 1

Case 1:14-cv-03002-WJM   Document 27   Filed 08/05/15   USDC Colorado   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 14-cv-3002-WJM
Bankruptcy Case No. 05-38302-SBB
Adversary Proceeding No. 08-1102-SBB

IN RE:

GARY LEE BRYAN,

Debtor.

JANEL K. BRYAN,
BRAD HUNT, as Trustee of the Bryan Family Trust,

    Appellants,

v.

M. STEPHEN PETERS, as Chapter 7 Trustee, and
ARTHUR CLARK,

    Appellees.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Bankruptcy Court's Decision, entered by the Honorable William J. Martínez, United States District Judge, on August 5, 2015,

IT IS ORDERED that the decision of the Bankruptcy Court is AFFIRMED.

Dated at Denver, Colorado this 5th day of August 2015.

                      BY THE COURT:
                      JEFFREY P. COLWELL, CLERK

                      By: s/Deborah Hansen
                      Deborah Hansen, Deputy Clerk